## Tanya McLain WEEMS, Plaintiff–Appellant

v.

**James David HODNETT; Maynard Clark & Teasley, Incorporated; John Elba Arnold, IV, Doing Business as Arnold Group, Incorporated; Louisiana Department of Insurance; L.K. Hartsfield; Ryan Curtis; Arnold Group, Incorporated; Arnold Insurance Group, Defendants–Appellees.**

No. 14–30412

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 13, 2015.

Fred Haydel Sutherland, Esq., Shreveport, LA, for Plaintiff–Appellant.

Edwin H. Byrd, III, Pettiette, Armand, Dunkelman, Woodley, Byrd & Cromwell, L.L.P., Brian David Landry, Esq., Weems, Schimpf, Gilsoul, Haines, Landry & Carmouche, Shreveport, LA, Patrick Richmond Jackson, Law Offices of Patrick R. Jackson, A.P.L.C., Bossier City, LA, Terrel Joseph Broussard, Esq., Jeremy David Rush, Esq., Montgomery Barnett, L.L.P., New Orleans, LA, for Defendants–Appellees.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

Tanya Weems appeals from a final judgment entered by the district court, which granted summary judgment as to all of the defendants. Weems appeals every holding in the district court's orders granting summary judgment. A careful review of the record in this case, a full consideration of the parties' briefs—including Weems' motion for judicial notice—, and a thorough analysis of the district court's rulings, lead us to conclude that the district court's judgments were not in error. Thus, we uphold the district court's grant of summary judgment for each defendant.

The district court judgment is AFFIRMED and pending motions are dismissed as moot. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.